# UNCLAIMED FUNDS

\#60425

FILED

2009 NOV 18 AM 10: 46

COURT
NORTHERN DISTRICT OF OHIO

NOVEMBER 17, 2009

09-60820   LYNDA A LAWRENCE
CREDITOR DID NOT CASH CHECK
CHECK #399745 FOR $1,624.35
PHH MORTGAGE CORPORATION
4001 LEADENHALL RD.
MT LAUREL, NJ  08054

```
     0 . *

1,624.35+

1,624.35*
```